IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BUY A NORTH "O" HOME, INC.,** | ) | **CASE NO. 8:08CV148** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **NORRIS SWAN,** | ) | |
| | ) | |
| Defendant. | ) | |

Based on the allegations of Plaintiff's Complaint and Supplement (Filing Nos. 1 and 5), Plaintiff is "a non-profit corporation registered and in good standing with the Internal Revenue Service." (Filing No. 5.) Plaintiff, acting through its CEO, Allen Taylor, has filed its Complaint pro se. However, a corporation, partnership, or other legally created entity can appear in the federal courts of the United States only through licensed counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-202 (1993).

IT IS THEREFORE ORDERED that:

1. Plaintiff must appear in this court through counsel. On or before May 27, 2008, any counsel retained by Plaintiff to represent its interests herein must file an entry of appearance in accordance with Nebraska General Rule 1.3(d). In the absence of the filing of a valid appearance by counsel, this case will be dismissed without prejudice and without further notice; and

2. The Clerk of the court is directed to set a pro se case management deadline in this case with the following text: May 27, 2008: deadline for entry of appearance of Plaintiff's counsel.

DATED this 28th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge