IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BUY A NORTH O HOME, INC.,** | ) | **CASE NO. 8:08CV148** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **NORRIS SWAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on its own motion. On July 1, 2008, the court granted Plaintiff a lengthy extension of time, until September 29, 2008, to retain counsel. (Filing No. 10.) Plaintiff has not done so. For that reason, and for the reasons set forth in the court's previous Memorandum and Order, this matter must be dismissed.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to prosecute diligently and for failure to comply with the court's orders; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 12th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge